IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC SHAWN ROASTING STICK,<br><br>Defendant. | CR 20-01-GF-BMM<br><br><br><br>ORDER |

Upon unopposed motion of the United States, and for good cause shown, IT IS ORDERED the United States' motion to allow Chippewa Cree Law Enforcement Officer Nathan Morsette to testify via telephone at the hearing on May 28, 2020 at 10:00 a.m. is GRANTED.   The Clerk of Court is directed to notify counsel of the United States of the dial in number to the Charles N. Pray Courtroom at the Missouri River Courthouse in Great Falls, Montana.

DATED this __26th__ day of May, 2020.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court