IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC SHAWN ROASTING STICK,<br><br>Defendant. | CR 20-01-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Eric Shawn Roasting Stick (Roasting Stick) has been accused of violating the conditions of his supervised release. Roasting Stick admitted all of the alleged violations. Roasting Stick's supervised release should be revoked. Roasting Stick should be placed in custody until May 10, 2021. Roasting Stick's term of custody should be followed by 10 months of supervised release. Roasting Stick should be transported to Connections Corrections in Warm Springs, Montana upon completion of his term of custody. Roasting Stick should serve the first 60 days of supervised release at Connections Corrections.

## II. Status

Roasting Stick pleaded guilty to Assault by Striking, Beating or Wounding

on August 5, 2020. (Doc. 78). The Court sentenced Roasting Stick to 12 months of custody, followed by 1 year of supervised release. (Doc. 85). Roasting Stick's current term of supervised release began on December 1, 2020. (Doc. 92 at 1).

**Petition**

The United States Probation Office filed an Amended Petition on April 6, 2021, requesting that the Court revoke Roasting Stick's supervised release. (Doc. 92). The Amended Petition alleged that Roasting Stick had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing on two separate occasions; 2) by using methamphetamine; 3) by failing to follow the instructions of his probation officer; and 4) by leaving Montana without obtaining the prior approval of his probation officer.

**Initial appearance**

Roasting Stick appeared before the undersigned for his initial appearance on April 30, 2021. Roasting Stick was represented by counsel. Roasting Stick stated that he had read the petition and that he understood the allegations. Roasting Stick waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on April 30, 2021. Roasting

2

Stick admitted that he had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing on two separate occasions; 2) by using methamphetamine; 3) by failing to follow the instructions of his probation officer; and 4) by leaving Montana without obtaining the prior approval of his probation officer. The violations are serious and warrant revocation of Roasting Stick supervised release.

Roasting Stick's violations are Grade C violations. Roasting Stick's criminal history category is I. Roasting Stick's underlying offense is a Class A misdemeanor. Roasting Stick could be incarcerated for up to 12 months. Roasting Stick could be ordered to remain on supervised release for up to 12 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Roasting Stick's supervised release should be revoked. Roasting Stick should be placed in custody until May 10, 2021. Roasting Stick's term of custody should be followed by 10 months of supervised release. Roasting Stick should be transported to Connections Corrections in Warm Springs, Montana upon completion of his term of custody. Roasting Stick should serve the first 60 days of supervised release at Connections Corrections. This sentence is sufficient but not

greater than necessary.

## IV. Conclusion

The Court informed Roasting Stick that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Roasting Stick of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Roasting Stick that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Eric Shawn Roasting Stick violated the conditions of his supervised release: by failing to report for substance abuse testing on two separate occasions; by using methamphetamine; by failing to follow the instructions of his probation officer; and by leaving Montana without obtaining the prior approval of his probation officer.

The Court **RECOMMENDS:**

> That the District Court revoke Roasting Stick's supervised release and commit Roasting Stick to the custody of the United States Bureau of Prisons until May 10, 2021. Roasting Stick's term of custody should be followed by 10 months of supervised release. Roasting Stick should be transported to Connections Corrections in Warm Springs, Montana upon completion of his term of custody. Roasting Stick should serve the first 60 days of supervised release at Connections Corrections.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 3rd day of May, 2021.

*/s/ John Johnston*
John Johnston
United States Magistrate Judge